**FILED**

02/02/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0327

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0327

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

   v.                         O R D E R

THOMAS JAMES LUCERO,

      Defendant and Appellant.

_____

Pursuant to Appellant's motion for extension to of time to file the reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until March 10, 2023, to file the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 2 2023